UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALBERT WEATHERS, et al.,

          Plaintiffs,

    v.                                    9:12-cv-1582
                                          (GLS/RFT)

MARLA TRAVERS, et al.,

          Defendants.
_____
_____

IN RE: INJAH TAFARI,                  1:12-mc-0042
                                          (GLS)

          Respondent.
_____

## ORDER

On June 28, 2012, plaintiff/respondent InJah Tafari was enjoined from filing future cases in this District without permission from the Chief Judge. (*See* Dkt. No. 4, 1:12-mc-0042.) Notwithstanding that Order, Tafari filed an Inmate Civil Rights Complaint on October 22, 2012, that does not comply with the requirements of the anti-filing injunction order.[1] (*See* Dkt. No. 1, 9:12-cv-1582.) In accordance with the anti-filing injunction order, the Court would typically deny Tafari leave to file the Inmate Civil Rights Complaint. However, in this case, Tafari filed the Inmate Civil Rights

---

[1] Tafari did not personally sign the Inmate Civil Rights Complaint.

Complaint jointly with fifteen other pro se plaintiffs. Therefore, the Court hereby dismisses Injah Tafari as a plaintiff to 9:12-cv-1582 for his non-compliance with the anti-filing injunction order.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Injah Tafari is **DISMISSED** as a plaintiff in 9:12-cv-1582 for his non-compliance with the anti-filing injunction order. The Clerk shall edit the docket report for 9:12-cv-1582 to indicate that Injah Tafari is not a party to that action; and it is further

**ORDERED** that the Clerk shall file a copy of this Order in both of the above-captioned actions; and it is further

**ORDERED** that the Clerk shall provide a copy of this Order to the plaintiffs named in 9:12-cv-1582.

**IT IS SO ORDERED.**

November 6, 2012
Albany, New York

*Gary L. Sharpe*
Chief Judge
U.S. District Court